IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK LEE IRONS,

    Defendant.                        Case No. 99-cr-30022-5-DRH

## ORDER

**HERNDON, Chief Judge:**

On October 29, 2010, the Court issued an Order (Doc. 649) dismissing for lack of jurisdiction defendant Irons' Motion for Writ of Audita Querla (Doc. 63). Defendant subsequently filed a Notice of Appeal as to the Court's ruling (Doc. 652). Now, Defendant has filed a second Motion for Writ of Audita Querla (Doc. 654). Because his appeal is pending before the Seventh Circuit, the Court must **DISMISS** Defendant's Motion (Doc. 654) for lack of jurisdiction, as this Motion does not concern an ancillary matter, unrelated to the integral merits of the case, but rather seeks the same relief for which he was previously denied and now appeals. *See Boyko v. Anderson*, 185 F.3d 672, 674 (7th Cir. 1999) ("The filing of the appeal had deprived the district court of jurisdiction over the case.") (citing *Kusay v.*

*United States*, 62 F.3d 192, 194 (7th Cir.1995), and *Venen v. Sweet*, 758 F.2d 117, 120 n. 2 (3d Cir.1985)).

**IT IS SO ORDERED.**

Signed this 15th day of November, 2010

David R. Herndon
2010.11.15 15:39:44
-06'00'

**Chief Judge
United States District Court**