IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                           Case No. 99–CR–30022–DRH–5

FREDERICK LEE IRONS

        Defendant.

### MEMORANDUM AND ORDER

**HERNDON, District Judge**:

On October 31, 2014, Defendant Frederick Lee Irons filed a *pro se* motion to reduce his sentence under Amendment 782 to the United States Sentencing Guidelines (Doc. 839) and motion to appoint counsel (Doc. 840). In accordance with this District's Administrative Order No. 167, the Court granted the motion to appoint counsel, and Federal Public Defender Lee T. Lawless was appointed to represent the defendant (Doc 841). Thereafter, Lawless informed the defendant by letter on November 25, 2014, that after a thorough review of his case and the pending motion to reduce sentence, no motion would be filed on his behalf at that time (Doc. 874). Lawless now moves to withdraw stating that the defendant has been released from Bureau of Prisons Custody. (Doc. 874).

Because Defendant Irons has been released from BOP Custody, the Court

**GRANTS** counsel's motion to withdraw (Doc. 874) and **DENIES as moot** the motion for a sentence reduction (Doc. 839).

**IT IS SO ORDERED.**

Signed this 3rd day of February, 2016.

Digitally signed by
Judge David R. Herndon
Date: 2016.02.03
11:15:09 -06'00'

**United States District Judge**